PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**




OCT 16 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Docket Number: 1:00CR05392-001 REC** |
| **vs.** ) | |
| ) | |
| **SANDRA DOMINIQUE STAATS** ) | |
| ) | |

On November 5, 2001, the above-named was placed on supervised release for a period of 5 years.  She has complied with the rules and regulations of supervision. The Government does not object to early termination.   It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

*/s/ Hubert J. Alvarez*

**HUBERT J. ALVAREZ**
**Senior United States Probation Officer**

Dated:   September 21, 2007
         Fresno, California
         HJA;mb

**REVIEWED BY:**   _____
**BRUCE A. VASQUEZ**
**Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   SANDRA DOMINIQUE STAATS**
      **Docket Number:   1:00CR05392-001**
      **ORDER TERMINATING SUPERVISED RELEASE**
      <u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that Sandra Dominique Staats be discharged from supervised release, and that the proceedings in the case be terminated.

_10-16-07_  
**Date**

**ROBERT E. COYLE**  
**United States District Judge**

HJA  
Attachment:   Recommendation  
cc:   United States Attorney's Office  
      FLU Unit, AUSA's Office  
      Fiscal Clerk, Clerk's Office

# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:** 1:00CR05392-01 REC |
| ) | |
| **SANDRA DOMINIQUE STAATS** ) | |
| ) | |

### LEGAL HISTORY:

On November 5, 2001, the above-named was placed on supervised release for a period of 5 years, which commenced on April 1, 2003. Special conditions included: 1) Search; 2) Not dispose of nor dissipate any assets; 3) Access to financial information; 4) Not incur new debt or credit; 5) Participate in mental health counseling; 6) Employment restriction.

### SUMMARY OF COMPLIANCE:

Mrs. Staats has complied with all conditions and special conditions of supervised release, including the payment of $80,329.71 restitution and $100 special assessment, and has not been involved in any further criminal activities. It is the opinion of the probation officer that she has derived maximum benefit from supervision and is not in need of continued supervision. AUSA Stanley Boone has been informed and does not oppose this recommendation.

### RECOMMENDATION:

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

**Re:** **SANDRA DOMINIQUE STAATS**
**Docket Number: 1:00CR05392-01 REC**
**RECOMMENDATION TERMINATING**
<u>**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**</u>

Respectfully submitted,

**HUBERT J. ALVAREZ**
**Senior United States Probation Officer**

Dated:   September 21, 2007
         Fresno, California
         HJA;mb

**REVIEWED BY:**

**BRUCE A. VASQUEZ**
**Supervising United States Probation Officer**

HJA
cc:   AUSA Stanley Boone (Pursuant to Rule 32, notice of proposed relief to the releasee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG