PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Docket Number: 1:00CR05392-001 REC** |
| vs. ) | |
| ) | |
| **SANDRA DOMINIQUE STAATS** ) | |
| ) | |

_____

On November 5, 2001, the above-named was placed on supervised release for a period of 5 years. She has complied with the rules and regulations of supervision. The Government does not object to early termination. It is accordingly recommended that she be discharged from supervision.

                        Respectfully submitted,

                        /s/ Hubert Alvarez

                        **HUBERT J. ALVAREZ
                        Senior United States Probation Officer**

Dated:        September 21, 2007
                Fresno, California
                HJA;mb

**REVIEWED BY:**    /s/ Bruce Vasquez
                          **BRUCE A. VASQUEZ
                          Supervising United States Probation Officer**

**Re:   SANDRA DOMINIQUE STAATS**
      **Docket Number:   1:00CR05392-001**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Sandra Dominique Staats be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   October 27, 2007**                          **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE